NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1196, -1197

TILLOTSON CORPORATION,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

CARDINAL HEALTH, INC., CARDINAL HEALTH 200, INC.,
and CARDINAL HEALTH MALAYSIA 211 SDN. BHD.,

Intervenors,

and

SMART GLOVE HOLDINGS, SDN. BHD.,
SMART GLOVE CORPORATION SDN. BHD., HENRY SCHEIN, INC.,
and HSI GLOVES, INC.,

Intervenors.

On appeal from the United States International Trade Commission
in Investigation Nos. 337-TA-608 and 612.

ON MOTION

Before MAYER, Circuit Judge.

## O R D E R

The intevenors move for a 30-day extension of time, until August 13, 2009, to file their briefs. Tillotson Corporation opposes. Charles H. Carpenter moves for leave to withdraw as counsel for Tillotson Corporation.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The intervenors' motion for an extension of time is granted.

(2)     Carpenter's motion for leave to withdraw as counsel is granted.

FOR THE COURT


JUL 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     William D. Belanger, Esq.
        Paul M. Bartkowski, Esq.
        Thomas B. Kenworthy, Esq.
        Paul F. Brinkman, Esq.
        Scott M. Daniels, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 3 0 2009

JAN HORBALY
CLERK